JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
ANGELA REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2020 SEP 16  P 1:08

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ROBERT KRAMPF,<br><br>Defendant. | INDICTMENT<br><br>18 U.S.C. § 2252A(a)(2), RECEIPT OF CHILD PORNOGRPAHY (Count 1); 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), POSSESSION OF CHILD PORNOGRAPHY (Count 2). |

Case: 4:20-cr-00114
Assigned To : Nuffer, David
Assign. Date : 9/15/2020
Description:

The Grand Jury Charges:

**COUNT 1**
Receipt of Child Pornography
(18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1))

During August 2020, in the District of Utah,

JOHN ROBERT KRAMPF,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8) that had been shipped and transported in and affecting interstate and foreign commerce by any means, including

by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

### COUNT 2
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On a date unknown, continuing through September 2, 2020, in the District of Utah,

JOHN ROBERT KRAMPF,

defendant herein, did knowingly possess any material which contains an image of child pornography, involving a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18

//
//
//
//
//
//

U.S.C. § 2252A(a)(5)(B), and § 2252A(b)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney