FILED
2020 SEP 17 PM 12:40
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERT KRAMPF,<br><br>Defendant. | Case No. 4:20-cr-00114 DN<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>Judge Paul Kohler |

The United States respectfully moves the Court to issue a Writ of Habeas Corpus Ad Prosequendum ordering that the above-named defendant, JOHN ROBERT KRAMPF, now being confined in the Kane County Jail, appear in the United States District Court for the District of Utah on September 18, 2020, on video from the Washington County Jail, and to remain in the District for appearances through final disposition of the case and thereafter to return defendant to the institution wherein now confined. Defendant JOHN

1

ROBERT KRAMPF has been charged with Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)), and Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B) and (b)(2)).

Dated this 17th day of September, 2020.

JOHN W. HUBER
United States Attorney


/s/ *Angela M. Reddish-Day*
ANGELA M. REDDISH-DAY
Assistant United States Attorney