## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00114 DN |
| Plaintiff, | |
| v. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOHN ROBERT KRAMPF, | |
| Defendant. | |

TO:  THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH OR ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF THE FEDERAL OR STATE GOVERNMENT, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY DEFENDANT MAY BE HELD:

The Court orders that you bring defendant, JOHN ROBERT KRAMPF, now being confined in the Kane County Jail, to the United States District Court for the District of Utah before Magistrate Judge Paul Kohler, on September 18, 2020, to appear on video from the Washington County Jail upon charges pending in the above-entitled case and for final disposition at a later date.  The Court further orders that you hold defendant at all times in your custody as an agent of the United States of America and, after the conclusion of the proceedings and final disposition of the above-entitled case, you return

1

defendant to the institution where defendant was confined and make a return upon this

Writ.


Dated this 17th day of September, 2020.


_____

PAUL KOHLER